No. 76–678. SHELL OIL CO. *v.* DARTT. C. A. 10th Cir. [Certiorari granted, 429 U. S. 1089.] Motion of the Solicitor General for leave to file a brief as *amicus curiae* denied.

No. 76–682. SANTA CLARA PUEBLO ET AL. *v.* MARTINEZ ET AL. C. A. 10th Cir. [Certiorari granted, 431 U. S. 913.] Motion of Pueblo De Cochiti et al. for leave to file a brief as *amici curiae* granted.

No. 76–695. BOARD OF CURATORS OF THE UNIVERSITY OF MISSOURI ET AL. *v.* HOROWITZ. C. A. 8th Cir. [Certiorari granted, 430 U. S. 964.] Motion of American Civil Liberties Union et al. for leave to file a brief as *amici curiae* granted.

No. 76–749. PFIZER INC. ET AL. *v.* GOVERNMENT OF INDIA ET AL. C. A. 8th Cir. [Certiorari granted, 430 U. S. 964.] Motion of Federal Republic of Germany for leave to file a brief as *amicus curiae* granted. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this motion.

No. 76–811. REGENTS OF THE UNIVERSITY OF CALIFORNIA *v.* BAKKE. Sup. Ct. Cal. [Certiorari granted, 429 U. S. 1090.] Motions of Polish American Congress et al. and Committee on Academic Nondiscrimination and Integrity et al. for leave to participate in oral argument as *amici curiae* denied.

No. 76–839. FOLEY *v.* CONNELIE, SUPERINTENDENT OF NEW YORK STATE POLICE, ET AL. Appeal from D. C. S. D. N. Y. [Probable jurisdiction noted, 430 U. S. 944.] Motion of Mexican-American Legal Defense & Educational Fund et al. for leave to file a brief as *amici curiae* granted.

No. 76–930. RAY, GOVERNOR OF WASHINGTON, ET AL. *v.* ATLANTIC RICHFIELD CO. ET AL. Appeal from D. C. W. D. Wash. [Probable jurisdiction noted, 430 U. S. 905.] Motions of Mid-America Legal Foundation and Maritime Law Association of the United States for leave to file briefs as *amici curiae* granted.